IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01288-RPM

Plaintiffs,

JAYDEE BACHMAN and her daughter, E.M.,

v.

ALEXANDER PANIO, JR.; MARY PANIO; ADOLESCENT AND
FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, M.D.; WHITNEY HARRAH; CARLA DAMICONE;
CAROL OLSON; and JANE JORDAN,

Defendants.

---

**ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)
(CAROL OLSON)**

---

**THIS MATTER COMES** before the Court on the stipulated motion to dismiss Carol Olson from the case with prejudice. The Court, having reviewed the motion and being fully apprised in its premises hereby GRANTS the Motion.

**IT IS SO ORDERED** that Defendant Carol Olson is dismissed with prejudice from the above captioned case, with each party to pay its own attorney fees and costs.

DATED: 8/20/13

BY THIS COURT:

_____
Richard P. Matsch, Senior Judge

Page 1 of 1