IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01288-RPM

JAYDEE BACHMAN and her daughter, E.M.,

    Plaintiffs,
v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE; and
JANE JORDAN,

    Defendants.

_____

## STAY ORDER
_____

    Pursuant to the scheduling conference held today, it is

    ORDERED that all proceedings in this matter are stayed until further order of the Court.

    DATED:   November 22, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge